# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FOR WAYNE DIVISION

| | |
|---|---|
| SELENA NICOLE WEAVER,<br><br>      Plaintiff,<br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>      Defendant. | Case No.  1:17-cv-00177-TLS-SLC<br><br>Honorable Judge Theresa L. Springmann |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, SELENA NICOLE WEAVER, and the Defendant, ENHANCED RECOVERY COMPANY, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against ENHANCED RECOVERY COMPANY, LLC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 2, 2018                                                       Respectfully Submitted,

| **SELENA NICOLE WEAVER** | **ENHANCED RECOVERY COMPANY, LLC** |
|---|---|
| /s/ Nathan C. Volheim<br>Nathan C. Volheim<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax :( 630) 575-8188<br>nvolheim@sulaimanlaw.com | /s/ Larissa G. Nefulda (*with consent*)<br>Larissa G. Nelfulda<br>*Counsel for Defendant*<br>Lewis Brisbois Bisgaard & Smith, LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Phone: (213) 580-7933<br>Larissa.Nefulda@lewisbrisbois.com |